IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARTANYAN K. BREAUX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-846 |
| | § | |
| TRI STAR FREIGHT SYSTEMS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This court denied Dartanyan Breaux's first motion for leave to amend his complaint in a November 7, 2016 Memorandum and Opinion. (Docket Entry No. 19). It denied Mr. Breaux's second motion for leave to amend on the record at a January 6, 2017 hearing. (Docket Entry No. 25). Both times, the court found that Mr. Breaux's motion for leave to amend should be denied because the effort to amend the complaint was unduly dilatory and prejudicial. Mr. Breaux has filed a third motion for leave to amend, seeking to add multiple new causes of action and factual allegations shortly before the close of discovery. (Docket Entry No. 35). For the reasons stated in the two previous denials of motions for leave to amend, the motion is denied.

SIGNED on May 2, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge